AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

B-04-008

| UNITED STATES DISTRICT COURT | District SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE |
|---|---|
| Name of Movant ARTURO LUNA | Prisoner No 98074-079 | Case No 1:00CR00496-003 |
| Place of Confinement F.C.I. BIG SPRING, TX. | | |

United States District Court
Southern District of Texas
FILED

MAR 1 8 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA   V.   ARTURO LUNA
(name under which convicted)

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack   UNITERD STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWSVILLE DIVISION, 600 E. HARRISON ST. BROWNSVILLE, TX. 78520-7114

2. Date of judgment of conviction   JULY 18, 2001

3. Length of sentence   121 MONTHS

4. Nature of offense involved (all counts)   CONSPIRACY TO POSSESS WITH INTENT TO DITRIBUTE, A QUANTITY EXCEEDING 100 KILOGRAMS OF MARIHUANA

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __UNITED STATES COURT OF APPEALS, FIFTH CIRCUIT__

   (b) Result __JUDGMENT OF THE DISTRICT COURT WAS AFFIRMED__

   (c) Date of result __FILED DEC. 12, 2002__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

            Yes ☐   No ☐

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

AO 243 (Rev. 2/95)

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐  No ☐

 (5) Result _____

 (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
 (1) First petition, etc.  Yes ☐  No ☐
 (2) Second petition, etc.  Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

 <u>Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date</u>.

 For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

 Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law)

REPRESENTING COUNSEL FAILED TO REVIEW PSR WITH ME PRIOR TO SENTENCING AND FILE OBJECTIONS THERETO.

B.  Ground two: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law)

DESPITE HAVING ASKED AND OBTAINING LEAVE OF THE DISTRICT COURT TO FILE LATE OBJECTIONS TO THE PSR AND THE APPELLANT FACING 3 LEVEL INCREASE, COUNSEL AGAIN FAILED TO FILE ANY OBJECTIONS ON OR BEFORE THE SENTENCING DATE OR THEREAFTER.

C.  Ground three: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) COUNSEL FAILED TO OBJECT TO THE QUANTITY OF DRUGS IN WHICH I WAS SENTENCE FOR. MY P.S.I. STATES A FIGURE OF 4,468 LBS. HOWEVER, THIS FIGURE IS OF DRUG SIEZURES OF OTHER CO-DEFENDENTS AS WELL AS STRICTLY TESTIMONIAL HEARSAY AS EVIDENCE FOR THE QUANTITY. THIS FIGURE GREATLY IMPACTS THE LENGTH OF MY SENTENCE.

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ITEMS 12A, B, & C WHERE BROUGHT TO THE ATTENTION OF THE REPRESENTING COUNSEL, BUT WHERE NEVER PRESENTED TO THE COURTS DURING SENTENCING COUNSEL INSTRUCTED ME NOT TO SAY ANYTHING IN COURT BEFORE, DURING, OR AFTER. THAT ALL ISSUES WOULD BE RESOLVED BY HIM FILING ALL MOTIONS NECESSARY THRU THE EXTENTION GRANTED BY THE COURT. HOWEVER, NO MOTIONS AND NO APPEAL WERE EVER FILED BY COUNSEL. ONLY ITEMS 12A & B, WERE PRESENTED TO THE FIFTH CIRCUIT ON APPEAL. AGAIN, AT THE DIRECTION AND DISCRETION OF COUNSEL APPOINTED BY THE COURT FOR APPEAL. ITEM 12C WAS NOT PRESENTED. TO MY DISCRETION, ITEM 12C, IS AS IMPORTANT AS 12A & B. DUE TO THE FACT THAT THE QUANTITY HAS A DIRECT IMPACT ON MY POINT LEVEL FOR WHICH I WAS SENTENCED.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing   DONALD S. DAVIDSON

    (b) At arraignment and plea   DONALD S. DAVIDSON

    (c) At trial   N/A

    (d) At sentencing   DONALD S. DAVIDSON

(6)

(e) On appeal  IGNACIO TORTEYA, III, TORTEYA PROFESIONAL BUILDING, 700 WASHINGTON STREET, BROWNSVILLE, TEXAS 78520-5907

(f) In any post-conviction proceeding  N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding  N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_March 9, 2004_
(Date)

_____
Signature of Movant

(7)