AO 240 (Rev. 6/86) Application to Proceed

~~United States District Court~~
Southern District of Texas
FILED

# United States District Court

APR 2 6 2004

Michael N. Milby
Clerk of Court

_____ DISTRICT OF _____

United States of America

v.

Arturo Luna

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 1:00CR00496-003
B-04-mc-008

I, **Arturo Luna**, declare that I am the (check appropriate box)

☐ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)

☑ respondent/defendant  ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Ineffectiveness Assistance of Counsel. Counsel failed to Review PSR with me prior to Sentencing and File Objections thereto, Despite Having Asked and Obtain a Leave of the District Court to file Late Objection to the PSR. Counsel failed to file any objection to 3 point in hancement there after. Counsel failed to Argue to Quantity of Drugs in which I was Sentenced For.

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☑  No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $190.00  Unicor Industries
   Federal Correctional Institution
   Big Spring, TX. 79720

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ☐
   b. Rent payments, interest or dividends?  Yes ☐  No ☐
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☐
   d. Gifts or inheritances?  Yes ☑  No ☐
   e. Any other sources?  Yes ☐  No ☐

Date: 04/13/2004
Time: 7:47:09 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BIG

## General Information

| | | | |
|---|---|---|---|
| **Start Date:** 10/01/2003 | | **Living Quarters:** | S05-037L |
| **End Date:** 09/30/2004 | | **Arrived From:** | |
| **Inmate Reg#:** 98074079 | | **Transferred To:** | |
| **Account Status:** All | | **Account Creation Date:** | 5/17/2002 |
| **Institution:** All | | | |

Inmate Reg#: 98074079
Inmate Name: LUNA, ARTURO
Current Site Name: Big Spring FCI
Housing Unit: SUNSET

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 10/02/2003 09:10:59 AM | 03SEPU | | | Payroll - UNICOR | $181.42 | | $182.56 |
| BIG | 10/04/2003 09:25:44 AM | ITS1004 | | | ITS Withdrawal | ($10.00) | | $172.56 |
| BIG | 10/05/2003 09:37:44 AM | ITS1005 | | | ITS Withdrawal | ($2.00) | | $170.56 |
| BIG | 10/06/2003 12:50:37 PM | | 20 | | Support | ($100.00) | | $70.56 |
| BIG | 10/07/2003 11:00:54 AM | | 16 | | Sales | ($10.10) | | $60.46 |
| BIG | 10/07/2003 09:45:51 PM | ITS1007 | | | ITS Withdrawal | ($3.00) | | $57.46 |
| BIG | 10/10/2003 05:48:49 PM | | 156 | | Sales | ($54.20) | | $3.26 |
| BIG | 10/11/2003 12:24:55 PM | ITS1011 | | | ITS Withdrawal | ($1.00) | | $2.26 |
| BIG | 10/12/2003 09:12:13 PM | ITS1012 | | | ITS Withdrawal | ($1.00) | | $1.26 |
| BIG | 10/13/2003 08:28:02 PM | ITS1013 | | | ITS Withdrawal | ($1.00) | | $0.26 |
| BIG | 10/14/2003 03:04:10 PM | 1161 | | 82572 | Local Collections | $30.00 | | $30.26 |
| BIG | 10/14/2003 08:42:00 PM | ITS1014 | | | ITS Withdrawal | ($2.00) | | $28.26 |
| BIG | 10/15/2003 09:31:33 PM | ITS1015 | | | ITS Withdrawal | ($2.00) | | $26.26 |
| BIG | 10/16/2003 11:03:25 AM | | 8 | | Sales | ($4.80) | | $21.46 |
| BIG | 10/17/2003 06:25:31 PM | | 71 | | Sales | ($21.30) | | $0.16 |
| BIG | 10/17/2003 06:27:20 PM | | 72 | | Sales | $0.90 | | $1.06 |
| BIG | 10/19/2003 11:24:15 AM | ITS1019 | | | ITS Withdrawal | ($1.00) | | $0.06 |
| BIG | 10/20/2003 02:21:45 PM | | 1627 | 81634 | Local Collections | $20.00 | | $20.06 |
| BIG | 10/20/2003 06:34:53 PM | ITS1020 | | | ITS Withdrawal | ($2.00) | | $18.06 |
| BIG | 10/20/2003 09:11:51 PM | ITS1020 | | | ITS Withdrawal | ($6.00) | | $12.06 |
| BIG | 10/21/2003 11:14:08 AM | | 29 | | Sales | ($8.15) | | $3.91 |



Page 1

Date: 04/13/2004
Time: 7:47:11 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BIG

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98074079 | Living Quarters: | S05-037L |
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 10/23/2003 09:58:41 AM | JV4022 | | | Photo Copies | ($0.70) | | $3.21 |
| BIG | 10/24/2003 02:03:18 PM | 2008 | | | Local Collections | $50.00 | | $53.21 |
| BIG | 10/24/2003 07:23:16 PM | ITS1024 | | 81639 | ITS Withdrawal | ($3.00) | | $50.21 |
| BIG | 10/25/2003 05:18:12 PM | ITS1025 | | | ITS Withdrawal | ($6.00) | | $44.21 |
| BIG | 10/28/2003 06:46:58 PM | ITS1028 | | | ITS Withdrawal | ($2.00) | | $42.21 |
| BIG | 10/28/2003 08:35:51 PM | ITS1028 | | | ITS Withdrawal | ($4.00) | | $38.21 |
| BIG | 10/31/2003 02:30:20 PM | 2622 | | 82589 | Local Collections | $25.00 | | $63.21 |
| BIG | 10/31/2003 05:30:51 PM | ITS1031 | | | ITS Withdrawal | ($3.00) | | $60.21 |
| BIG | 10/31/2003 06:22:44 PM | 100 | | | Sales | ($31.40) | | $28.81 |
| BIG | 11/02/2003 11:12:17 AM | ITS1102 | | | ITS Withdrawal | ($8.00) | | $20.81 |
| BIG | 11/02/2003 09:36:18 PM | ITS1102 | | | ITS Withdrawal | ($3.00) | | $17.81 |
| BIG | 11/04/2003 10:48:55 AM | JV4041 | | | Photo Copies | ($0.28) | | $17.53 |
| BIG | 11/04/2003 05:18:07 PM | ITS1104 | | | ITS Withdrawal | ($7.00) | | $10.53 |
| BIG | 11/05/2003 08:11:47 AM | 03OCTU | | | Payroll - UNICOR | $165.61 | | $176.14 |
| BIG | 11/06/2003 02:48:45 PM | 3119 | | 81641 | Local Collections | $50.00 | | $226.14 |
| BIG | 11/07/2003 05:11:00 PM | 11 | | | Sales | ($118.15) | | $107.99 |
| BIG | 11/07/2003 08:12:49 PM | ITS1107 | | | ITS Withdrawal | ($7.00) | | $100.99 |
| BIG | 11/08/2003 08:25:22 PM | ITS1108 | | | ITS Withdrawal | ($6.00) | | $94.99 |
| BIG | 11/11/2003 06:05:44 PM | ITS1111 | | | ITS Withdrawal | ($4.00) | | $90.99 |
| BIG | 11/14/2003 01:47:45 PM | | | | Support | ($60.00) | | $30.99 |
| BIG | 11/14/2003 05:09:05 PM | 136 | 127 | | Sales | ($19.80) | | $11.19 |
| BIG | 11/15/2003 11:10:55 AM | ITS1115 | | | ITS Withdrawal | ($4.00) | | $7.19 |
| BIG | 11/17/2003 07:53:29 PM | ITS1117 | | | ITS Withdrawal | ($1.00) | | $6.19 |
| BIG | 11/19/2003 07:39:11 PM | ITS1119 | | | ITS Withdrawal | ($1.00) | | $5.19 |
| BIG | 11/21/2003 08:01:11 PM | ITS1121 | | | ITS Withdrawal | ($1.00) | | $4.19 |
| BIG | 11/22/2003 08:54:41 AM | ITS1122 | | | ITS Withdrawal | ($1.00) | | $3.19 |
| BIG | 11/22/2003 09:18:03 AM | ITS1122 | | | ITS Withdrawal | ($1.00) | | $2.19 |
| BIG | 11/23/2003 12:11:41 PM | ITS1123 | | | ITS Withdrawal | ($1.00) | | $1.19 |
| BIG | 11/24/2003 03:07:16 PM | 4730 | | 82607 | Local Collections | $20.00 | | $21.19 |
| BIG | 11/24/2003 06:07:13 PM | ITS1124 | | | ITS Withdrawal | ($1.00) | | $20.19 |

Date: 04/13/2004　　　　　　　　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　　　　　　　　Facility: BIG
Time: 7:47:11 am　　　　　　　　　　　　　　　　　　　　　TRUFACS
　　　　　　　　　　　　　　　　　　　　　　　　　　　Inmate Statement
　　　　　　　　　　　　　　　　　　　　　　　　　　　Limited Official Use

## General Information

| Inmate Reg#: | 98074079 | Living Quarters: | S05-037L |
|---|---|---|---|
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 11/26/2003 11:00:42 AM | JV4067 | | | Photo Copies | ($1.82) | | $18.37 |
| BIG | 11/26/2003 02:24:27 PM | 4999 | | 82611 | Local Collections | $25.00 | | $43.37 |
| BIG | 11/26/2003 06:03:44 PM | 152 | | | Sales | ($23.65) | | $19.72 |
| BIG | 11/26/2003 06:23:57 PM | ITS1126 | | | ITS Withdrawal | ($9.00) | | $10.72 |
| BIG | 11/27/2003 06:23:11 PM | ITS1127 | | | ITS Withdrawal | ($1.00) | | $9.72 |
| BIG | 11/27/2003 06:34:29 PM | ITS1127 | | | ITS Withdrawal | ($1.00) | | $8.72 |
| BIG | 11/28/2003 01:14:25 PM | 5102 | | 81643 | Local Collections | $30.00 | | $38.72 |
| BIG | 11/28/2003 09:11:20 PM | ITS1128 | | | ITS Withdrawal | ($8.00) | | $30.72 |
| BIG | 11/29/2003 07:54:52 PM | ITS1129 | | | ITS Withdrawal | ($5.00) | | $25.72 |
| BIG | 11/30/2003 09:23:39 PM | ITS1130 | | | ITS Withdrawal | ($5.00) | | $20.72 |
| BIG | 12/02/2003 11:11:34 AM | 21 | | | Sales | ($7.10) | | $13.62 |
| BIG | 12/03/2003 08:55:46 AM | 03NOVU | | | Payroll - UNICOR | $166.19 | | $179.81 |
| BIG | 12/05/2003 05:26:31 PM | 79 | | | Sales | ($56.65) | | $123.16 |
| BIG | 12/07/2003 07:01:49 PM | ITS1207 | | | ITS Withdrawal | ($9.00) | | $114.16 |
| BIG | 12/09/2003 11:43:29 AM | 49 | | | Sales | ($1.30) | | $112.86 |
| BIG | 12/11/2003 02:45:17 PM | | 233 | | Support | ($100.00) | | $12.86 |
| BIG | 12/11/2003 05:51:53 PM | ITS1211 | | | ITS Withdrawal | ($5.00) | | $7.86 |
| BIG | 12/13/2003 11:10:33 AM | ITS1213 | | | ITS Withdrawal | ($2.00) | | $5.86 |
| BIG | 12/13/2003 09:04:44 PM | ITS1213 | | | ITS Withdrawal | ($2.00) | | $3.86 |
| BIG | 12/14/2003 02:07:23 PM | ITS1214 | | | ITS Withdrawal | ($1.00) | | $2.86 |
| BIG | 12/14/2003 08:13:55 PM | ITS1214 | | | ITS Withdrawal | ($2.00) | | $0.86 |
| BIG | 12/16/2003 02:30:14 PM | 6925 | | 81645 | Local Collections | $30.00 | | $30.86 |
| BIG | 12/16/2003 09:28:24 PM | ITS1216 | | | ITS Withdrawal | ($5.00) | | $25.86 |
| BIG | 12/18/2003 02:41:52 PM | 7338 | | 81648 | Local Collections | $20.00 | | $55.86 |
| BIG | 12/18/2003 02:41:52 PM | 7339 | | 81648 | Local Collections | $10.00 | | $35.86 |
| BIG | 12/19/2003 06:25:54 PM | 66 | | | Sales | ($30.75) | | $25.11 |
| BIG | 12/19/2003 06:27:09 PM | 67 | | | Sales | ($1.30) | | $23.81 |
| BIG | 12/19/2003 08:36:02 PM | ITS1219 | | | ITS Withdrawal | ($2.00) | | $21.81 |
| BIG | 12/21/2003 11:36:41 AM | ITS1221 | | | ITS Withdrawal | ($1.00) | | $20.81 |
| BIG | 12/21/2003 06:43:02 PM | ITS1221 | | | ITS Withdrawal | ($5.00) | | $15.81 |

Date: 04/13/2004  
Time: 7:47:11 am  

Facility: BIG

## Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98074079 | Living Quarters: | S05-037L |
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 12/24/2003 05:14:35 PM | ITS1224 | | | ITS Withdrawal | ($5.00) | | $10.81 |
| BIG | 12/25/2003 09:20:29 PM | ITS1225 | | | ITS Withdrawal | ($8.00) | | $2.81 |
| BIG | 12/30/2003 08:58:04 PM | ITS1230 | | | ITS Withdrawal | ($2.00) | | $0.81 |
| BIG | 01/07/2004 08:41:39 AM | 03DECU | | | Payroll - UNICOR | $189.77 | | $190.58 |
| BIG | 01/07/2004 06:16:10 PM | ITS0107 | | | ITS Withdrawal | ($15.00) | | $175.58 |
| BIG | 01/08/2004 06:15:11 PM | 157 | | | Sales | ($133.60) | | $41.98 |
| BIG | 01/11/2004 09:16:54 PM | ITS0111 | | | ITS Withdrawal | ($5.00) | | $36.98 |
| BIG | 01/14/2004 10:54:30 AM | | | | Support | $0.00 | | $36.98 |
| BIG | 01/14/2004 02:35:05 PM | 10028 | | 82646 | Local Collections | $30.00 | | $66.98 |
| BIG | 01/14/2004 06:09:37 PM | ITS0114 | | | ITS Withdrawal | ($6.00) | | $60.98 |
| BIG | 01/15/2004 11:16:55 AM | 39 | | | Sales | ($4.65) | | $56.33 |
| BIG | 01/17/2004 11:27:26 AM | ITS0117 | | | ITS Withdrawal | ($5.00) | | $51.33 |
| BIG | 01/18/2004 09:14:23 PM | ITS0118 | | | ITS Withdrawal | ($1.00) | | $50.33 |
| BIG | 01/23/2004 02:28:31 PM | 10754 | | 82654 | Local Collections | $20.00 | | $70.33 |
| BIG | 01/23/2004 04:33:06 PM | ITS0123 | | | ITS Withdrawal | ($5.00) | | $65.33 |
| BIG | 01/23/2004 09:24:38 PM | ITS0123 | | | ITS Withdrawal | ($5.00) | | $60.33 |
| BIG | 01/25/2004 11:57:34 AM | ITS0125 | | | ITS Withdrawal | ($1.00) | | $59.33 |
| BIG | 01/25/2004 08:28:08 PM | ITS0125 | | | ITS Withdrawal | ($4.00) | | $55.33 |
| BIG | 01/26/2004 06:41:59 PM | ITS0126 | | | ITS Withdrawal | ($1.00) | | $54.33 |
| BIG | 01/28/2004 10:41:22 AM | | 333 | | Support | ($50.00) | | $4.33 |
| BIG | 01/30/2004 09:11:54 PM | ITS0130 | | | ITS Withdrawal | ($1.00) | | $3.33 |
| BIG | 01/31/2004 11:16:21 AM | ITS0131 | | | ITS Withdrawal | ($1.00) | | $2.33 |
| BIG | 01/31/2004 09:37:05 PM | ITS0131 | | | ITS Withdrawal | ($1.00) | | $1.33 |
| BIG | 02/04/2004 09:14:36 AM | 04JANU | | | Payroll - UNICOR | $189.19 | | $190.52 |
| BIG | 02/04/2004 05:47:28 PM | ITS0204 | | | ITS Withdrawal | ($6.00) | | $184.52 |
| BIG | 02/05/2004 11:22:57 AM | 30 | | | Sales | ($2.60) | | $181.92 |
| BIG | 02/05/2004 05:56:35 PM | 122 | | | Sales | ($150.70) | | $31.22 |
| BIG | 02/05/2004 09:34:52 PM | ITS0205 | | | ITS Withdrawal | ($6.00) | | $25.22 |
| BIG | 02/07/2004 09:26:08 PM | ITS0207 | | | ITS Withdrawal | ($2.00) | | $23.22 |
| BIG | 02/08/2004 11:19:21 AM | ITS0208 | | | ITS Withdrawal | ($2.00) | | $21.22 |

Date: 04/13/2004  
Time: 7:47:11 am  

Facility: BIG

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98074079 | Living Quarters: | S05-037L |
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 02/08/2004 04:55:17 PM | ITS0208 | | | ITS Withdrawal | ($6.00) | | $15.22 |
| BIG | 02/09/2004 03:08:31 PM | 12170 | | | Local Collections | $65.00 | | $80.22 |
| BIG | 02/09/2004 04:59:15 PM | ITS0209 | | | ITS Withdrawal | ($3.00) | | $77.22 |
| BIG | 02/10/2004 11:07:53 AM | 12 | | | Sales | ($9.70) | | $67.52 |
| BIG | 02/11/2004 10:06:23 PM | ITS0211 | | 82672 | ITS Withdrawal | ($5.00) | | $62.52 |
| BIG | 02/12/2004 05:39:51 PM | 47 | | | Sales | ($44.50) | | $18.02 |
| BIG | 02/14/2004 01:07:22 PM | ITS0214 | | | ITS Withdrawal | ($2.00) | | $16.02 |
| BIG | 02/14/2004 05:18:37 PM | ITS0214 | | | ITS Withdrawal | ($6.00) | | $10.02 |
| BIG | 02/15/2004 08:23:06 PM | ITS0215 | | | ITS Withdrawal | ($5.00) | | $5.02 |
| BIG | 02/17/2004 03:48:20 PM | 13012 | | | Local Collections | $30.00 | | $35.02 |
| BIG | 02/18/2004 06:06:38 PM | ITS0218 | | 82680 | ITS Withdrawal | ($5.00) | | $30.02 |
| BIG | 02/18/2004 09:40:36 PM | ITS0218 | | | ITS Withdrawal | ($2.00) | | $28.02 |
| BIG | 02/19/2004 03:00:05 PM | 13364 | | | Local Collections | $25.00 | | $53.02 |
| BIG | 02/19/2004 09:26:42 PM | ITS0219 | | 82683 | ITS Withdrawal | ($3.00) | | $50.02 |
| BIG | 02/23/2004 07:01:57 PM | ITS0223 | | | ITS Withdrawal | ($5.00) | | $45.02 |
| BIG | 02/26/2004 05:12:14 PM | 84 | | | Sales | ($44.90) | | $0.12 |
| BIG | 03/03/2004 10:38:18 AM | 04FEBU | | | Payroll - UNICOR | $184.70 | | $184.82 |
| BIG | 03/03/2004 05:35:46 PM | ITS0303 | | | ITS Withdrawal | ($20.00) | | $164.82 |
| BIG | 03/04/2004 06:11:07 PM | 63 | | | Sales | ($83.80) | | $81.02 |
| BIG | 03/04/2004 06:13:54 PM | 65 | | | Sales | ($15.60) | | $65.42 |
| BIG | 03/04/2004 08:22:17 PM | ITS0304 | | | ITS Withdrawal | ($5.00) | | $60.42 |
| BIG | 03/06/2004 09:06:16 PM | ITS0306 | | | ITS Withdrawal | ($10.00) | | $50.42 |
| BIG | 03/09/2004 09:40:45 PM | ITS0309 | | | ITS Withdrawal | ($6.00) | | $44.42 |
| BIG | 03/11/2004 06:07:50 PM | 121 | | | Sales | ($26.50) | | $17.92 |
| BIG | 03/12/2004 01:42:54 PM | 15661 | | 82709 | Local Collections | $30.00 | | $47.92 |
| BIG | 03/13/2004 02:03:07 PM | ITS0313 | | | ITS Withdrawal | ($4.00) | | $43.92 |
| BIG | 03/14/2004 09:16:42 PM | ITS0314 | | | ITS Withdrawal | ($2.00) | | $41.92 |
| BIG | 03/15/2004 05:21:48 PM | ITS0315 | | | ITS Withdrawal | ($5.00) | | $36.92 |
| BIG | 03/17/2004 09:37:23 PM | ITS0317 | | | ITS Withdrawal | ($2.00) | | $34.92 |
| BIG | 03/18/2004 05:02:16 PM | 132 | | | Sales | ($24.90) | | $10.02 |

Date: 04/13/2004  
Time: 7:47:11 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Limited Official Use  

Facility: BIG

## General Information

| Inmate Reg #: | 98074079 | Living Quarters: | S05-037L |
|---|---|---|---|
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 03/20/2004 11:21:36 AM | ITS0320 | | | ITS Withdrawal | ($1.00) | | $9.02 |
| BIG | 03/21/2004 09:05:56 PM | ITS0321 | | | ITS Withdrawal | ($2.00) | | $7.02 |
| BIG | 03/22/2004 09:40:51 PM | ITS0322 | | | ITS Withdrawal | ($1.00) | | $6.02 |
| BIG | 03/23/2004 09:21:45 PM | ITS0323 | | | ITS Withdrawal | ($2.00) | | $4.02 |
| BIG | 03/26/2004 02:10:50 PM | 16939 | | 82725 | Local Collections | $25.00 | | $29.02 |
| BIG | 03/26/2004 07:07:53 PM | ITS0326 | | | ITS Withdrawal | ($2.00) | | $27.02 |
| BIG | 03/29/2004 03:14:18 PM | 17009 | | 82728 | Local Collections | $30.00 | | $57.02 |
| BIG | 03/29/2004 05:08:43 PM | ITS0329 | | | ITS Withdrawal | ($5.00) | | $52.02 |
| BIG | 03/31/2004 08:58:35 PM | ITS0331 | | | ITS Withdrawal | ($2.00) | | $50.02 |
| BIG | 04/01/2004 11:12:30 AM | 60 | | | Sales | ($10.20) | | $39.82 |
| BIG | 04/03/2004 09:10:30 AM | ITS0403 | | | ITS Withdrawal | ($9.00) | | $30.82 |
| BIG | 04/03/2004 06:59:37 PM | ITS0403 | | | ITS Withdrawal | ($5.00) | | $25.82 |
| BIG | 04/06/2004 11:09:59 AM | 18 | | | Sales | ($8.55) | | $17.27 |
| BIG | 04/07/2004 09:08:48 AM | 04MARU | | | Payroll - UNICOR | $195.63 | | $212.90 |
| BIG | 04/07/2004 06:26:39 PM | 87 | | | Sales | ($167.35) | | $45.55 |
| BIG | 04/08/2004 11:14:30 AM | 17 | | | Sales | ($2.75) | | $42.80 |
| BIG | 04/11/2004 11:18:40 AM | ITS0411 | | | ITS Withdrawal | ($5.00) | | $37.80 |
| BIG | 04/11/2004 06:11:31 PM | ITS0411 | | | ITS Withdrawal | ($7.00) | | $30.80 |
| BIG | 04/12/2004 05:03:29 PM | ITS0412 | | | ITS Withdrawal | ($6.00) | | $24.80 |
| BIG | 04/12/2004 09:58:35 PM | ITS0412 | | | ITS Withdrawal | ($4.00) | | $20.80 |
| **Total Transactions:** | **161** | | | | **Totals:** | **$19.66** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|

Date: 04/13/2004
Time: 7:47:11 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: BIG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98074079 | Living Quarters: | S05-037L |
| Inmate Name: | LUNA, ARTURO | Arrived From: | |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNSET | Account Creation Date: | 5/17/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | $20.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.80 |
| **Totals:** | **$20.80** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20.80** |