**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED
APR 3 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
APR 2 9 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTURO LUNA | * |
| VS. | *   Misc. No. B04-008 |
| UNITED STATES OF AMERICA | *   (Cr. No. B-00-496-03) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **June 30, 2004.**

Attorney Ignacio Torteya, III, is hereby appointed to represent the Petitioner.

DONE at Brownsville, Texas, this 29th day of April 2004.

Felix Recio
United States Magistrate Judge