United States District Court
Sou...

MAY 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO LUNA | § | |
| | § | |
| vs. | § | Misc. No. B04-008 |
| | § | |
| UNITED STATES OF AMERICA | § | (Cr. No. B-00-496-03) |

## NOTICE TO THE COURT OF A CONFLICT OF INTEREST AND MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, IGNACIO TORTEYA, III, of *Torteya & Torteya, P.L.L.C.*, court-appointed counsel for the Petitioner, ARTURO LUNA, and hereby notifies the Court of counsel's conflict of interest herein and moves to withdraw as attorney of record, and for cause would should the following:

### I.

The undersigned counsel was previously court-appointed to represented Petitioner in an appeal which was filed with the United States Court of Appeals for the Fifth Circuit in Cause number 01-40894. Petitioner has filed a Motion to Vacate Judgment pursuant to 28 U.S.C. §2255, claiming among other things, that the undersigned counsel failed to raise a claim on appeal. Accordingly, a conflict arises for counsel, and counsel would be unable to vigorously represent this Petitioner.

WHEREFORE PREMISES CONSIDERED, the Petitioner respectfully requests that this Honorable Court grant this motion and appoint another attorney to represent the Petitioner.

        Respectfully submitted,

**TORTEYA & TORTEYA, P.L.L.C.**
700 E. Washington Street
Brownsville, Texas 78520-5907
(956) 550-8373
(956) 550-8353 facsimile

By: _____
     IGNACIO TORTEYA, III
     State Bar No. 00795685
     Fed Bar No. 20917

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___19th___ day of May, 2004, a true and correct copy of the foregoing Notice to the Court of a Conflict of Interest and Motion to Withdraw as Counsel, was hand delivered to the Assistant U. S. Attorney's Office, Southern District of Texas, 600 E. Harrison, Brownsville, Texas and via certified mail to Petitioner Arturo Luna, F.C.I. Big Spring, 1900 Simler Avenue, Big Spring, Texas 79720.

_____
IGNACIO TORTEYA, III