United States District Court
Southern District of Texas
ENTERED
MAY 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
MAY 2 1 2004
Michael N. Milby, Clerk of Court

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO LUNA | § § | |
| vs. | § § | Misc. No. B04-008 |
| UNITED STATES OF AMERICA | § | (Cr. No. B-00-496-03) |

## ORDER

ON THIS the __21ST__ day of May, 2004, came on to be considered Notice to the Court of a Conflict of Interest and Motion to Withdraw as Counsel and it appears to the Court that this Motion should be and is hereby:

__XX__   **GRANTED**. IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that counsel, IGNACIO TORTEYA, III, be allowed to Withdraw as Counsel for the Petitioner, ARTURO LUNA, in this case. Attorney Javier Villarreal is appointed to represent defendant.
_____   **DENIED.**

**SO ORDERED.**

**DONE** at Brownsville, Texas this the __21ST__ day of __MAY__, 2004.

_____
U.S. MAGISTRATE JUDGE