

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ARTURO LUNA | * |
| | * |
| VS | * Misc. No. B-04-008 |
| | * (Cr. No. B-00-496-03) |
| UNITED STATES OF AMERICA | * |

## ORDER

Petitioner Arturo Luna has filed a Motion for Additional Time to File Objections to Magistrate Judge's Report and Recommendation (Docket Entry No. 13). After reviewing the Motion, the Court finds that the Motion should be and is hereby GRANTED. Petitioner is ordered to file objections no later than September 10, 2004.

DONE at Brownsville, Texas, this 31st day of August 2004.

Felix Recio
United States Magistrate Judge