UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| United States of America, | § | |
| Respondent, | § | |
| | § | |
| v. | § | MISC. NO. B-04-008 |
| | § | (CRIMINAL NO. B-00-496-3) |
| Arturo Luna, | § | |
| Petitioner. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a writ of habeas corpus should be, and is, hereby DENIED. Furthermore, the Government's Motion for Summary Judgment (Docket No. 7) is hereby GRANTED. Accordingly, Luna's Petition for a Writ of Habeas Corpus (Docket Entry No. 1) is hereby DISMISSED. Any other pending motions are hereby rendered MOOT.

DONE at Brownsville, Texas, this ____ day of October, 2004.

Hilda G. Tagle
United States District Judge

10