# APPENDIX B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| v. | § | Misc. No. B-04-008 |
| | § | Crim. No. B-00-496-3 |
| | § | |
| ARTURO LUNA, | § | |
| Petitioner. | § | |

## DECLARATION OF DONALD S. DAVIDSON

1. My name is Donald S. Davidson. I am over the age of 18 years and am competent to make this declaration. I am an attorney in private practice in Tyler, Texas. I have been practicing law for over twenty years. I have substantial experience in the practice of criminal law, and I focus my practice on criminal cases.

2. I was hired to represent Arturo Luna in his federal drug prosecution in Brownsville. He had been charged with a number of offenses, including conspiracy to possess marijuana with intent to distribute, aiding and abetting the possession of marijuana with intent to distribute, and conspiracy to commit money laundering.

3. Mr. Luna decided to plead guilty. After his plea, the probation officer prepared a presentence report. I met with Mr. Luna before sentencing, and we went over the presentence report together. He identified nothing in the presentence report

that was inaccurate. Although he did not like the sentence he was facing, he could not identify anything wrong in the report.

4. I, too, found nothing incorrect in the presentence report. The offense level and enhancement appeared, from my thorough review of the evidence, to be correct. I saw no issue that merited an objection to the presentence report.

5. I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct.

_____
DONALD S. DAVIDSON

June 16, 2004
Date