**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Respondent, | § § § § § § § | Misc. No. B-04-008 Crim. No. B-00-496-3 |
| VS. | | |
| ARTURO LUNA, Petitioner. | | |

### PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Arturo Luna ("Petitioner"), and files this Petitioner's Objections to Magistrate Judge's Report and Recommendation and would respectfully show the following:

### PROCEDURAL BACKGROUND

Petitioner, Arturo Luna was indicted on a conspiracy drug charge on November 21, 2000 for more than 100 kilograms of marijuana. On April 18, 2001, the Petitioner entered a plea of guilty to Count 1 of the indictment (conspiracy to possess more than 100 kilograms of marijuana with intent to distribute). On July 18, 2001, Petitioner was sentenced to 121 months confinement, to be followed by a four-year period of supervised release.

Petitioner appealed his conviction to the United States Court of Appeals for the Fifth Circuit. In a *per curiam* decision, the Fifth Circuit declined to review the claim because the record was "not sufficiently developed to allow the court to evaluate fairly the merits of the


EXHIBIT "C"

claim." The judgement was therefore affirmed. United States v. Luna, No. 01-40894 (5th Cir. Dec. 12, 2002).

On March 18, 2004, Petition filed the instant action under 28 U.S.C. § 2255, for ineffective assistance of counsel. His attorney of record was Donald S. Davidson.

On August 18, 2004, Magistrate Judge Recio issued a report and recommendation advising that the Petitioner's 28 U.S.C. § 2255 Motion be denied and that the Government's Motion for Summary Judgment be granted. In addition, Magistrate Judge Recio recommends that the Petitioner's Motion for Leave to Conduct Discovery to be denied as moot.

## ARGUMENT

### GRANTING SUMMARY JUDGEMENT IS IMPROPER BECAUSE DISCOVERY HAS NOT YET BEEN AFFORDED TO PETITIONER IN THIS MATTER

Summary judgment is appropriate if "[t]he pleadings, depositions, answers to interrogatories, and admissions on file, together with any affidavits, ... demonstrate there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Ayo v. Johns-Manville Sales Corp., 771 F.2d 904, 904(5th Cir. 1985) (quoting FED. R. CIV. P. 56(C)). A "material" fact is one that "might affect the outcome of the suit under the governing law." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). In performing our analysis we look at the evidence in the light most favorable to the nonmoving party. See, e.g., Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 587-88 (1986). If no rational trier of fact could possibly find for the nonmoving party, then summary judgment is proper. Id.

In the instant case, the Defendant has not yet been afforded the opportunity to conduct discovery. It would be improper for the court to render a decision on the Government Motion for Summary Judgment without first affording the Defendant this opportunity.

### PETITIONER HAS A POSSIBLE CLAIM FOR INEFFECTIVE ASSISTANCE OF COUNSEL, BUT FURTHER DISCOVERY IS NEEDED

The Petitioner has asserted all along that he did not play a managerial role in this drug conspiracy. Although the PSR states that he played a managerial role, the Petitioner asserts that these allegations are unsupported by the file, which is currently in the possession of the United States Attorney's Office. The Petitioner further asserts that the three-point enhancement allocated by the United States Probation Office was the basis for filing a Motion for Leave to File Late Objections. The motion was subsequently granted by the District Court Judge.

In order to determine if a criminal defendant has been denied effective assistance of counsel, the defendant must prove that: (1) counsel's performance was deficient; and (2) that the deficient performance prejudiced the defense. Strickland v. Washington, 466 U.S. 668, 687 (1984). Attorney Donald Davidson's reason for missing the objections deadline was due to "an over load of cases." (See Attached Exhibits A & B). The fact that Attorney Donald Davidson filed for leave of court to file objections and then none were subsequently filed, supports the Petitioner's claim that his counsel's performance was deficient and that it prejudiced his defense. The prejudice, specifically, was the three-level increase that was in dispute.

## **CONCLUSION**

For the reasons set forth below, the Petitioner prays that this Court will grant this, Petitioner's Objections to Judge's Report and Recommendation; that the Government's Motion for Summary Judgment be denied; and that the Petitioner's Motion for Leave to Conduct Discovery be granted.

Respectfully submitted,
**LAW OFFICES OF JAVIER VILLARREAL, PLLC**
765 East Seventh Street, Ste A
Brownsville, Texas 78520-5907
(956) 550-0888 Telephone
(956) 550-0877 Facsimile

By: _____
JAVIER VILLARREAL
State Bar No. 24028097
Federal ID No. 30384
**Attorney for Petitioner Arturo Luna**

## CERTIFICATE OF SERVICE

I, Javier Villarreal, attorney for defendant, ARTURO LUNA, do hereby certify that a true and correct copy of the foregoing Petitioner's Objections to Magistrate Judge's Report and Recommendation was served via Certified Mail Return Receipt Requested on August 30, 2004 upon the following:

Mitchel Neurock
Assistant United States Attorney
1100 Matamoros Street, Suite 200
P.O. Box 1179
Laredo, Texas 78042-1179

_____
Javier Villarreal

United States District Court
Southern District of Texas
FILED

JUN 19 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.: B-00-496-03 |
| | § | |
| ARTURO LUNA | § | |

### MOTION FOR LEAVE TO FILE LATE OBJECTIONS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT OF TEXAS, BROWNSVILLE DIVISION

NOW COMES, ARTURO LUNA, Defendant by and through his attorney of record, moves the Court for leave to file late objections, and in support of such motion shows:

I.

Deadline in which to file objections was June 14, 2001

II.

Counsel for Defendant was unable to timely file Defendant's Objections to Pre-Sentence Investigation Report because he has had an over load of cases. Defendant respectfully requests that this Honorable Court grant his motion to file the following objections:

1.  Defendant's Objection to Pre-Sentence Investigation Report.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully pray that this Honorable Court allows Defendant to file his late objections herein.

EXHIBIT A

83

Respectfully submitted,

**LAW OFFICES OF DONALD S. DAVIDSON**
4121 N. 23rd Street
McAllen, Texas 78504
Tel: (956) 664-9500
Fax: (956) 668-8068

By: /s/ Donald S. Davidson
Donald S. Davidson
Federal ID No. 00793180
Attorney for Arturo Luna

### CERTIFICATE OF SERVICE

I certify that a true and copy of the above was delivered to the United States District Court for the Southern District of Texas in the Brownsville Division on this 15th day of June 2001. Via fax and U.S. Postal Service

Donald S. Davidson

### CERTIFICATE OF CONSULTATION

I herby certify that I have consulted with the assistant U.S. attorney on this case and she is not opposed.

Donald S. Davidson

United States District Court
Southern District of Texas
FILED

JUN 22 2001

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. B-00-496-03 |
| ARTURO LUNA | § § | |

## ORDER

On this 22 day of June, 2001 this Court considered the MOTION FOR LEAVE TO FILE LATE OBJECTIONS of ARTURO LUNA and hereby GRANTS ~~DENIED~~ said Motion.

SIGNED this 22nd day of June, 2001.

_____
JUDGE PRESIDING

EXHIBIT B

85

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| United States of America, | § | |
| Respondent, | § | |
| | § | |
| v. | § | MISC. NO. B-04-008 |
| | § | (CRIMINAL NO. B-00-496-3) |
| Arturo Luna, | § | |
| Petitioner | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a writ of habeas corpus should be, and is, hereby DENIED. Furthermore, the Government's Motion for Summary Judgment (Docket No. 7) is hereby GRANTED. Accordingly, Luna's Petition for a Writ of Habeas Corpus (Docket Entry No. 1) is hereby DISMISSED. Any other pending motions are hereby rendered MOOT.

DONE at Brownsville, Texas, this ____ day of October, 2004.

Hilda G. Tagle
United States District Judge

10