United State District Court
Southern District of Texas
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 1 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| United States of America, | § | |
| Respondent, | § | |
| | § | Misc. No. B-04-008 |
| VS | § | Crim. No. B-00-496-3 ✓ |
| | § | |
| Arturo Luna | § | |
| Petitioner | § | |

## Petitioner's Objections to Majistrate Judge Report and Recommendation

TO THE HONDRABLE JUDGE OF SAID COURT:

Now comes Arturo Luna (Petitioner), And files this Petitioner Objection to Magistrate Judge's Report and Recommendation and do respectfully ask for Leave from the Court to file said Objection due to the following:

2

Petitioner has not been able to contact appointed Attorney, Javier Villarreal, in regards to what was filed to obtain an Application for Certificate of Appealability. Mr. Villarreal's staff, in which I have spoke to, have promised to send me a copy time and time again. However, as of today 6-09-05 I have yet to recieve one. I've spoke to a George Villarreal and Cindy. I was notified by the Clerk of Court of the Magistrates Report and Recommendation by mail. Notice was dated 05/27/05 and post marked 05/27/05. I did not recieve it till 06/01/05. I've been unsuccessfully trying to communicate with Mr. Villarreal. I strongly believe I have substantial evidence to prove my argument if given the opportunity. My whole issue is the violation of my sixth Amendment, ineffective assistance of counsel. I have argued time and time again that my Attorney at sentencing, Attorney Louis Davidson failed to file objection to 2 level enhancement. I have stated that he's failure to file was due to non-payment on my part. If you check the record, You will see that I, Arturo Luna, filed my own direct Appeal. In it, I specifically

3

stated that, "I, Arturo Luna, wish to appeal my sentence due to the fact that my attorney failed to file motion of objection to the Presentence Investigation Report due to the LACK OF FUNDS ON MY PART. I would appreciate if the court would provide me with an attorney." The LACK of funds is the reason why my attorney, Donald Davidson did not file the objections. His fee was $15,000.00. I only paid him $2,500.00. For this reason is why I also had to file a pro se Direct Appeal. After I was sentenced in court I never saw or heard from attorney Donald Davidson. He didn't advise me that I only had ten days to appeal. I learned that from other inmates in custody and was assisted by them in doing so. I believe that his failure to notify me or the court that he intended to seek recusal from my case, DUE TO NON PAYMENT, constitute ineffective assistance of counsel. Attorney Donald Davidson was aware of the fact that I wanted him to file an objection to the 2 point enhancement and drug quantity. Thats why he filed for a leave from the court to file late. But it wasn't

(4)

due to an overload of cases, as he stated in his motion. It was due to the lack of money on my part. There are two witnesses which were present when he said he would file my objections. For Mr. Donald Davidson to now say otherwise is incorrect and false. I believe if given the opportunity to present all my facts, justice will be served. I Respectfully pray that said court Grant me an extention to provide documentation to support my Allegation and Grant me my Application for Certificate of Appealability.

Respectfully Submitted

*Arturo Luna*

Arturo Luna