United States District Court
Southern District of Texas
FILED

JUN 13 2005

Michael N. Milby
Clerk of Court

Name: Arturo Luna
Federal Register Number: 98074-079
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

RECEIVED
JUN 13 2005
U.S. MAGISTRATE

Chambers of
Felix Recio U.S. Magistrate Judge
United State District Court
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison #203
Brownsville


