UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | §<br>§<br>§ | |
| v. | §<br>§ | MISC. NO. B-04-008<br>(CRIM. NO. B-00-496-3) |
| ARTURO LUNA,<br>Petitioner. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Movant Arturo Luna's request for a Certificate of Appealability (Docket No. 17) is hereby DENIED.

DONE at Brownsville, Texas, this _____ day of _____, 2005.

_____
Hilda G. Tagle
United States District Judge